ACCEPTED
03-14-00201-CR
3623753
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 8:55:28 AM
JEFFREY D. KYLE
CLERK

# JAMES H. KREIMEYER
**ATTORNEY AT LAW**

P.O. BOX 727　　　　　　　　BOARD CERTIFIED-CRIMINAL LAW　　　　　　(254) 939-9393
BELTON, TEXAS 76513　　　　TEXAS BOARD OF LEGAL SPECIALIZATION　　　FAX (254) 939-2870

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

12/31/2014 8:55:28 AM

JEFFREY D. KYLE
Clerk

December 31, 2014

Hon. Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:  Christopher Sterling Sims vs. The State of Texas
　　　Cause No. 03-14-00201-CR

Dear Mr. Kyle:

　　　This is to inform the Court of Appeals that I, as attorney on appeal, have complied with Rule 48.4 of the Texas Rules of Appellate procedure by sending a copy of the Court's Opinion in the above referenced case.  This was done within five (5) days after the opinion was rendered.

　　　Enclosed please find a copy of the return receipt.  Please cause this letter and copy to be filed in this matter.


Yours truly,


/s/ James H. Kreimeyer
James H. Kreimeyer

JHK:ar

Attachments: returnreceipt.pdf

ACCEPTED
03-14-00201-CR
3623753
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 8:55:28 AM
JEFFREY D. KYLE
CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher Sterling Sims
TDCJ # 1722492
McConnell Unit
3001 South Emily Dr.
Beeville, TX 78102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
12-22-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7014 1200 0001 8273 1690

PS Form 3811, July 2013          Domestic Return Receipt